### 339

Joseph Kanarky
vs.
Phillips Wire Co., Appt.
}   No. 43412

Elias Kanarky
vs.
Phillips Wire Co., Appt.
}   No. 43416

RESCRIPT
March 10, 1919

BLODGETT, J. These two cases, tried together, were heard upon motions for a new trial by the plaintiffs on the ground of inadequate damages.

Elias Kanarky, a driver of the automobile which was damaged in a collision with a car belonging to defendant, brought action for personal damages.

Joseph Kanarky, owner of the car damaged, brought action for damages to the car.

Elias recovered a verdict for $50.

Joseph recovered a verdict for $100.

The jury, in returning verdicts in both cases for plaintiffs respectively, and in a third case tried at the same time brought by the Phillips Wire Co. against Elias Kanarky, by bringing in a verdict for defendant, evidently determined the question of negligence in favor of the plaintiff Elias.

As to amount of damages in the case of injury to the car, there was no contradictory testimony. The bill for repairs to the Kanarky car was testified to as $230.85. The amount of the verdict returned by the jury was $100.

### 340

In the case of Elias Kanarky, the driver, the uncontradicted testimony is that a rib was broken and there was a loss of wages of one month at $15 per week, and a doctor's bill between $35 and $40.

The jury returned a verdict for $50.

338, 339, 340

The verdict was apparently a compromise as to amount and not in accordance with uncontradicted evidence.

New trial granted in each case upon the question of damages.

For plaintiff: T. P. Corcoran.

For defendant: Gardner, Pirce and Thornley.

---

### 341

Herman Rosen
vs.
Byron H. Nixon
}   No. 42289

DECISION
May 10, 1919

BLODGETT, J. Heard, jury trial waived.

Plaintiff testifies that he left his automobile on Francis Street, Providence, with the front of his car against the curb.

Defendant occupied the space next to car of plaintiff, and in backing out testified that the bumper on his car caught the mud guard of plaintiff's car and bent same, and that this was the extent of damage to car of plaintiff.

As to the damage the defendant was corroborated by the caretaker of this location.

It is not clear how such damages claimed by plaintiff could have been done, as, for instance, a leak in the radiator.

Nor is there any separate charge for the bending of the mud guard by the person who repaired the car.

Decision for plaintiff for $10.

For plaintiff: Robinson & Robinson.

For defendant: Murphy, Hagan & Geary.